NO. CV15-1178



| ROBERT ROYAL AND RR ROYAL RANCH COMPANY | § | IN THE DISTRICT COURT IN |
| Plaintiffs, | § | |
| | § | |
| V. | § | |
| | § | 415 JUDICIAL DISTRICT |
| | § | |
| SAPH, LLC AND HAPPY STATE BANK | § | |
| Defendants. | § | OF PARKER COUNTY, TEXAS |

## NOTICE OF APPEAL

Plaintiffs, Robert Royal and RR Royal Ranch Company, parties to this case, file this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

1. The trial court, trial court case number and style of this matter are shown in the above caption.

2. The judgment or order appealed from was signed on October 26, 2015.

3. Robert Royal and RR Royal Ranch Company desire to appeal because (a) Plaintiffs' had to retain new legal counsel on short notice to properly defend Plaintiffs against Defendants' Motion for Final Summary Judgment, Motion for Sanctions, and Motion for Protective Order and the trial court denied Plaintiffs' Motion for Continuance to allow Plaintiffs' counsel adequate time to prepare a defense; (b) Plaintiffs' were prevented, through the trial court's sustaining of Defendants' objections, from questioning Defendants' witness in support of Defendants' Motion for Final Summary Judgment regarding ownership issues of the property and creation of liens central to the present case; and (c) the award for sanctions was excessive.

4. This appeal is being taken to either the First or Fourteenth Court of Appeals.

5. This notice is being filed by Robert Royal and RR Royal Ranch Company.

**NOTICE OF APPEAL**                                                    **Page 1 of 2**

Respectfully submitted,

**DORSETT JOHNSON & SWIFT, LLP**

_____

J. C. Johnson
Texas Bar No. 24067412
jcjohnson@dorsettjohnson.com
C. J. de Vilder, Jr.
Texas Bar No. 24065130
cjdevilder@dorsettjohnson.com
Robyn Trosper-Murrell
Texas Bar No. 24090441
rtrosper@dorsettjohnson.com
109 East Third Street, Suite 350
Fort Worth, Texas 76102
Telephone:     (817) 900-8202
Facsimile:     (817) 882-8526

**ATTORNEYS FOR PLAINTIFFS
ROBERT ROYAL AND RR ROYAL RANCH**

## CERTIFICATE OF SERVICE

Pursuant to Texas Rules of Civil Procedure 21 and 21a, I certify that on November 25, 2015 a true and correct copy of Plaintiffs' Notice of Appeal was served to each person listed below by the method indicated.

_**Via Certified Mail, Return Receipt Requested No. 9407 1118 9956 3551 4686 57**_
Michael Brinkley
BRINKLEY LAW PLLC
P.O. Box 820711
Fort Worth, Texas 76182-0711

_**Via Certified Mail, Return Receipt Requested No. 9407 1118 9956 3551 4618 32**_
Stewart R. Werner
LAW OFFICES OF STEWART R. WERNER
801 S. Fillmore Street, Suite 720
Amarillo, Texas 79101
**Attorneys for Defendants**

_____
C. J. de Vilder, Jr.